```
1  PATRICK L. FORTE, #80050
   ANNE Y. SHIAU, #273709
2  LAW OFFICES OF PATRICK L. FORTE
   One Kaiser Plaza, #480
3  Oakland, CA 94612
   Telephone: (510) 465-3328
4  Facsimile: (510) 763-8354

5  Attorneys for Debtor
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

**In re:**                                Case No. 11-49984 RE

**DEIDRE SHERILYNN MISTER,**              Chapter 7

         **Debtor.**               **DECLARATION RE: TAX RETURNS**

_____/

    I, Deidre Sherilynn Mister, the undersigned, declare:

    I am the above named debtor.

    I declare that I have not been required to file tax returns since 2001 nor have I filed my tax returns since 2001. I have not had taxable income. My only source of income are social security benefits from the Social Security Administration.

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    Executed at Antioch, CA on September 28, 2011

Dated: September 28, 2011

                                    /s/ Deidre Sherilynn Mister
                                    Deidre Sherilynn Mister